UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Soapology NYC LLC with the summons and complaint in this matter on April 24, 2026. (*See* ECF 6.) Defendant was therefore required to respond to the Complaint by May 15, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **May 29, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **May 21, 2026** and to file proof of service on the docket by **May 21, 2026**.

Dated: May 19, 2026
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge