UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>SOAPOLOGY NYC LLC,<br><br>                    Defendant. | 26-CV-2713 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 1, 2026, I directed Plaintiff to serve a copy of the Complaint, my order at ECF 13, and all prior Court orders on Defendant by email and by mailing to all known addresses of Defendant by June 5, 2026 and to file proof of service on the docket by June 5, 2026. (*See* ECF 13.) On June 3, 2026, Plaintiff filed proof of service indicating the Plaintiff served the above documents on Defendant by serving the New York Department of State. (*See* ECF 14.)

Plaintiff is directed to serve a copy of the Complaint, my order at ECF 13, and all prior Court orders on Defendant via email to Defendant's last known email address and via mail to all known addresses of Defendant by **June 5, 2026** and file proof of such service via email and mail by **June 5, 2026.**

Dated: June 3, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge