UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

     -against-

SOAPOLOGY NYC LLC,

                Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 9, 2026, I ordered the parties to file a joint letter on the docket by June 15, 2026, indicating whether they would like the (1) to refer the case to mediation, or (2) set a date for a settlement conference, or (3) proceed with an initial case management conference. (*See* ECF 9.) The parties have not complied.

Accordingly, I am sua sponte extending the parties' deadline to file their joint letter until **June 26, 2026**.

Dated: June 23, 2026
      New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge