UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 17, 2026, I granted Plaintiff's request for an extension to file his opposition to Defendant's motion to dismiss until July 9, 2026. (*See* ECF 22.) As of today's date, Plaintiff has not filed his opposition.

Accordingly, I am sua sponte extending Plaintiff's deadline to file his opposition to the Defendant's motion to dismiss until **July 15, 2026**.

Dated: July 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge