UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's opposition (ECF 26) to the motion to dismiss (ECF 19). Any reply in further support by Defendant shall be filed by **July 27, 2026**. The Court is also in receipt of Defendant's letter-motion to stay discovery. (ECF 27.) If Plaintiff wishes to oppose the motion to stay discovery, he shall file a letter on the docket explaining the basis for that opposition by **July 27, 2026**. I expect to rule on the motion to stay discovery by **July 28, 2026**. If the motion is denied, the parties' proposed case management order shall be due on **July 31, 2026**. If the proposed case management order is satisfactory, I expect to cancel the initial case management order scheduled for **Monday, August 3, 2026** at **10:30 AM**. Otherwise, it will proceed as scheduled.

Dated: July 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge