UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The motion to stay discovery (ECF 27) is **GRANTED**. The Clerk of Court is respectfully requested to terminate ECF 27. The deadline for submitting a proposed case management order and the initial case management conference are adjourned sine die.

Dated: July 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge