UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 21, 2026, I directed Defendant to file any reply in further support of its motion to dismiss by July 27, 2026. (*See* ECF 30.) As of today's date, Defendant has not filed any reply brief.

Accordingly, I am sua sponte extending Defendant's deadline to file a reply in further support of its motion to dismiss until **July 31, 2026**.

Dated: July 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge