UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **Thursday, August 6, 2026, at 11:00 AM**. The parties should be prepared to discuss the defendant's motion to dismiss the complaint (ECF 19). Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 478 921 021#.**

Dated: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge