UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on August 6, 2026, the reply brief in further support of the motion to dismiss was not timely filed, even after my sua sponte and nunc pro tunc extension of time. Defendant informed me at the conference that it rests on its opening papers. Accordingly, the motion to dismiss is now fully briefed.

Dated: August 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge